IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sawyer, Ollie

Printed: 01/06/09

Case Number: 08 B 14417
Judge: Hollis, Pamela S
Filed: 6/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 24, 2008
Confirmed: August 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,310.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,092.89 |
| Trustee Fee: |  | 217.11 |
| Other Funds: |  | 0.00 |
| Totals: | 3,310.00 | 3,310.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,324.00 | 3,092.89 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | Lighthouse Financial Group | Secured | 2,582.49 | 0.00 |
| 6. | City Of Chicago | Secured | 826.89 | 0.00 |
| 7. | City Of Chicago | Secured | 999.19 | 0.00 |
| 8. | City Of Chicago | Secured | 618.71 | 0.00 |
| 9. | Cook County Treasurer | Secured | 1,642.00 | 0.00 |
| 10. | Chase Home Finance | Secured | 11,582.63 | 0.00 |
| 11. | Countrywide Home Loans Inc. | Secured | 17,659.68 | 0.00 |
| 12. | City Of Chicago | Unsecured | 0.00 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 6,727.85 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 181.06 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 582.69 | 0.00 |
| 16. | City Of Chicago | Unsecured | 0.00 | 0.00 |
| 17. | Grandpoints | Unsecured | 344.22 | 0.00 |
| 18. | Swiss Colony | Unsecured | 128.02 | 0.00 |
| 19. | Midnight Velvet | Unsecured | 124.58 | 0.00 |
| 20. | Sprint Nextel | Unsecured | 820.71 | 0.00 |
| 21. | West Asset Management | Unsecured |  | No Claim Filed |
| 22. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
| 23. | Caine & Weiner | Unsecured |  | No Claim Filed |
| 24. | City Of Chicago | Unsecured |  | No Claim Filed |
|  |  |  | $ 48,144.72 | $ 3,092.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Sawyer, Ollie | Case Number:  08 B 14417 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/06/09 | Filed:  6/5/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 87.75 |
| 6.6% | 129.36 |
| | $ 217.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

